# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAFITI SHEKUR, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>EXEL DIRECT INC., a California corporation; DPWN HOLDINGS (USA), INC.; DEUTSCHE POST BETEILIGUNGEN HOLDING GMBH; and DOES 3 to 50, inclusive,<br><br>  Defendants. | Case No. 2:13-cv-00701-LKK-AC<br><br>**ORDER GRANTING STIPULATION FOR SUBMISSION OF JOINT MOTION FOR CHANGE OF VENUE UPON THE RECORD AND BRIEFS ON FILE**<br><br>Hearing:<br>Date: July 8, 2013<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 15th Floor |

The Court, having reviewed the parties' Stipulation for Submission of Joint Motion for Change of Venue upon the Record and Briefs on File, finds good cause to grant the relief requested therein. Oral argument on the Joint Motion for Change of Venue (ECF No. 6) will not be conducted. The motion will be submitted on the record and briefs on file.

**IT IS SO ORDERED.**

Dated: June 27, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Submitted by:
/s/ Christopher C. McNatt, Jr.
Christopher C. McNatt, Jr.
June 12, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2013, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following:

Linh Hua
linh@spiromoore.com

/s/ Christopher C. McNatt, Jr.
Christopher C. McNatt, Jr.

4845-3742-9012, v. 1

2
[PROPOSED] ORDER GRANTING STIPULATION FOR SUBMISSION OF JOINT MOTION FOR CHANGE OF VENUE UPON THE RECORD AND BRIEFS ON FILE, Case No.: 2:13-cv-00701-LKK-AC