UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAFITI SHEKUR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXEL DIRECT INC., a California corporation;<br>DPWN HOLDINGS (USA), INC.;<br>DEUTSCHE POST BETEILIGUNGEN HOLDING GMBH;<br>and DOES 3 to 50, inclusive,<br><br>Defendants. | Case No. 2:13-cv-00701-LKK-AC<br><br>**ORDER GRANTING JOINT MOTION FOR CHANGE OF VENUE**<br><br>Hearing:<br>Date: July 8, 2013<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 15th Floor |

The Court, having reviewed the parties' Joint Motion to Transfer this case to the Northern District of California, finds good cause to grant the unopposed relief requested therein. The Clerk is directed to transfer all files related to this case to the Northern District of California, San Francisco Division. All dates in this matter are **VACATED.**

**IT IS SO ORDERED.**

Dated: July 2, 2013

Submitted by:
/s/ Christopher C. McNatt, Jr.
Christopher C. McNatt, Jr.
May 29, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4818-9191-8612, v. 2